IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDWARD LEVINE,

      Appellant,

v.

STEVEN M. LABRET, ESQ., AN
INDIVIDUAL AND STEVEN M. LABRET,
P.A., A FLORIDA PROFESSIONAL
ASSOCIATION AND WLFBG, LLC, A
FLORIDA LIMITED LIABILITY
CORPORATION,

      Appellees.
_____/

Case No.  5D21-1669
LT Case No. 2021-CA-000117

Decision filed May 3, 2022

Appeal from the Circuit Court
for Seminole County,
Donna L. McIntosh, Judge.

Edward R. Levine, Titusville, pro se.

Natasha E. Lias, and Charles J. Meltz, of
Ketcham, Eide, Telan, Meltz & Wallace, P.A.,
Orlando, for Appellees.

PER CURIAM.

      AFFIRMED.

EVANDER, EDWARDS and SASSO, JJ., concur.